UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERFANA BANO,<br><br>        Petitioner,<br><br>    v.<br><br>UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA,<br><br>        Respondent. | Case No. 25-cv-03786-VC<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 6. |

      This case was opened when Erfana Bano filed a letter asking to be released from West County Detention Facility in Richmond, California. Dkt. No. 1. Bano was sent a notice directing her to file a petition for writ of habeas corpus form and a notice directing her to pay the filing fee or apply for leave to proceed in forma pauperis (IFP). She submitted a habeas petition on the form and filed an IFP application. The Clerk sent her another notice explaining that her IFP application was incomplete because it did not include a certificate of funds completed and signed by an authorized officer at the jail, and a prisoner trust account statement showing her transactions for the last six months. She was allowed 28 days to submit the missing documents or pay the $5.00 filing fee. The time has passed, and she has not submitted the missing documents or paid the filing fee, or otherwise communicated with the court. This case is therefore dismissed without prejudice. The Clerk is directed to terminate all pending motions and close the file.

      **IT IS SO ORDERED.**

Dated: September 10, 2025

                                                            _____
                                                            VINCE CHHABRIA
                                                            United States District Judge